UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § § | **Criminal No. 25-cr-00030-S1** |
| **JOSE ENRIQUE MARTINEZ FLORES** § aka Chuqui | |

**SEALED
SUPERSEDING INDICTMENT**

**THE UNITED STATES MOTION TO UNSEAL CRIMINAL SUPERSEDING INDICTMENT**

COMES NOW the United States of America, by and through United States Attorney Nicholas J. Ganjei, and Anibal Alaniz, Assistant United States Attorney for the Southern District of Texas, and moves this Court to unseal the criminal Superseding Indictment as to defendant Jose Enrique Martinez Flores. As alleged, Martinez Flores is a high ranking TdA member who is a Plaza Boss in Bogota, Colombia, and is part of the inner circle of TdA leadership. Further, Martinez Flores is responsible for coordinating shipments of cocaine from Colombia to the U.S. on behalf of TdA, a designated Foreign Terrorist Organization, and uses the money from his drug trafficking enterprise to further TdA's goals. Martinez Flores was recently arrested by Colombian law enforcement pursuant to a provisional arrest warrant in Colombia, and he is now pending extradition. As such, there is no reason for this case to remain under seal and the United States moves to unseal.

Respectfully submitted,

Nicholas J. Ganjei
United States Attorney

By:     /s *Casey N. MacDonald*
        Casey N. MacDonald
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § Criminal No. 25-cr-00030-S1 <br> § <br> JOSE ENRIQUE MARTINEZ FLORES § <br> aka Chuqui § | |

### ORDER TO UNSEAL

In accordance with the Government's Motion to Unseal the Criminal Indictment, the Court has determined that said Motion possesses merit and should be GRANTED as to Jose Enrique Martinez Flores. It is, therefore,

ORDERED that the above captioned Criminal Indictment as to Jose Enrique Martinez Flores be UNSEALED.

SIGNED this _____ day of April, 2025.

_____
Andrew S. Hanen
United States District Judge