Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**
*January 29, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA §
§
v. §
§

§
BRILEY JESUS BALLERA FARIAS §
aka Derek §
JESUS MIGUEL BARRETO LEZAMA §
§

Criminal No. **4:25-cr-00030**

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(International Cocaine Distribution Conspiracy)

Beginning in May 2024, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the countries of Colombia, Venezuela and within the extraterritorial jurisdiction of the United States of America, the defendants



BRILEY JESUS BALLERA FARIAS
aka Derek
JESUS MIGUEL BARRETO LEZAMA
and

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jury to manufacture and distribute 5 kilograms or more of a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960 (b)(1)(B).

## COUNT TWO
(International Cocaine Distribution)

From on or about June 26, 2024 and continuing through on or about July 3, 2024, in the country of Colombia and within the extraterritorial jurisdiction of the United States of America, defendants

JESUS MIGUEL BARRETO LEZAMA
and

did knowingly and intentionally manufacture and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 500 grams, that is, approximately 4,992 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(2)(B), and Title 18, United States Code, § 2.

## COUNT THREE
(International Cocaine Distribution)

From on or about September 26, 2024 and continuing through on or about November 6, 2024, in the country of Colombia and within the extraterritorial jurisdiction of the United States of America, defendants

 and ███

did knowingly and intentionally manufacture and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States of America. The controlled substance involved was more than 5 kilograms, that is, approximately 10 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(B), and Title 18, United States Code, § 2.

A TRUE BILL

Original Signature on File
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney