UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| YOHAN JOSE ROMERO, | § |
|   a/k/a Johan Petrica, | § |
|   a/k/a El Viejo, | § |
|   a/k/a Darwin, | § |
|   a/k/a Darwin Alexander Bello Guevara, | §    Criminal No. 4:25-cr-00030-S2 |
| JOSE ENRIQUE MARTINEZ FLORES, | § |
|   a/k/a Chuqui, | § |
| JUAN GABRIEL RIVAS NUŇEZ, | § |
|   a/k/a Juancho, | § |
|   a/k/a Wilson Stalyn Aponte Rodriguez, | § |
| GIOVANNI VICENTE MOSQUERA SERRANO, | § |
|   a/k/a Jhovanni San Vicente, | § |
|   a/k/a El Viejo Viejo, | § |

## MOTION TO UNSEAL 2nd SUPERSEDING INDICTMENT

The United States of America ("Government") files this motion to unseal the 2nd Superseding Indictment:

1.

On December 16, 2025, a grand jury returned a sealed 2nd Superseding Indictment charging Yohan Jose Romero, Jose Enrique Martinez Flores, Juan Gabriel Rivas Nuňez and Giovanni Vicente Mosquera Serrano.

2.

The Government requests that the Court unseal the 2nd Superseding Indictment as to Yohan Jose Romero, Jose Enrique Martinez Flores, Juan Gabriel Rivas Nuňez and Giovanni Vicente Mosquera Serrano

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

***s/ Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)

***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9798 (direct)